AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

HENRY GONZALES

**CRIMINAL COMPLAINT**

CASE NUMBER: 01-M00012-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. ~~On or about~~ Between January 13 1999 and January 8, 2001 in Essex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate and foreign commerce with intent to avoid prosecution, custody, and confinement after conviction under the laws of the Commonwealth of Massachusetts for the crime of kidnaping, in violation of M.G.L. ch. 265, Section 26, which crime is a felony under the laws of the Commonwealth of Massachusetts, from which Henry Gonzales has fled,

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Deputy U.S. Marshal__ and that this complaint is based on the following
                                                   Official Title
facts:

set forth in the attached affidavit of Mark S. Lynch which is incorporated herein for all purposes.

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

_____
Signature of Complainant
Mark S. Lynch

Sworn to before me and subscribed in my presence,

03-02-2001                                        at          Boston, Masaachusetts
Date                                                                  City and State

Lawrence P. Cohen
United States Magistrate Judge                  _____
                                                 Signature of Judicial Officer
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

Pursuant to Massachusetts General Laws c. 276 s.23A this is a TRUE WARRANT on the person named herein as contained in the Warrant Management System and printed via Criminal Justice Information System.
This Warrant Printed as of 15:14 on 01/25/01

Defendant Information:
  Name: GONZALEZ, HENRY
  Address: 75 JOHNSON ST
  SSN: 025647950
  Race: U    Sex: M
  Hair: BLK   Eyes: BRO
  City: LYNN         MA
  Weight: 145  Height: 5'08"
  Complexion:        Marks:
  Date of Birth: 10/24/1975  Place of Birth: MA  Date of Emancipation: 00/00/0000
  Father: GONZALEZ, JUAN ANTONIO     Mother:
  Known Alias:
  Ref No: W5255514

  License No:
  License State: MA     OBTN No:              Misc No:
                                              CC No:

Warrant Information:
  Issue Date: 06/23/2000  Court of Issue: 77   ESSEX SUPERIOR    Docket: 9977CR00099
     Type: D - DEFAULT
  Date of Complaint: 01/13/1999                                  5585H
     Offense Date: 04/16/1998  Offense Location: SAUGUS

  ************************************* Charges ************************************
  Count    Offense Code                          Description
   1 +     265/26/A
                        KIDNAPPING c265 s26

Court Information: FAILED TO APPEAR AFTER RECOG
Assigned To: Service To: SAU - SAUGUS PD
Warrant printed by:     NAR - DANVERS SP - NARCOTICS

Officer Name:                                Fine Amount:
Judge's Name: DELVECCHIO V., SUZANNE         Bail Amount:
                                             Non-bailable
Return Date/Time: 00/00/0000 00:00   Recall Date/Time: 00/00/0000 00:00


TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

    The Court has ordered that the above warrant issue against the above defendant.

    Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

Return of Service:  By virtue of this warrant, I certify that:

    _____ The defendant has been arrested as ordered by the court.
    _____ I am returning the warrant without service to the court.

_____
Date of Arrest  Signature of Person    Title of Person    Department:
                Making Service         Making Service     If different