UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate Docket No.
1:01-MJ-00012-LPC

UNITED STATES OF AMERICA

v.

HENRY GONZALES

CONDITIONAL ORDER OF DISMISSAL

February 25, 2005

SWARTWOOD, M.J.

Despite numerous inquiries from this session, a complaint in the above-entitled case,[1] charging a violation of the provisions of Title 18, United States Code, Section(s) 1073, has been pending without further action since MARCH 2, 2001. The last name Assistant United States Attorney assigned to the case was AUSA Unknown.

For want of prosecution, the above-entitled case is hereby ordered dismissed effective March 25, 2005, unless, on or before the close of business on the last business day immediately preceding March 25, 2005, a status report requesting that the case remain open be delivered to the Courtroom Clerk, Maria Simeone. If that status report is not timely filed, the case will be dismissed and the outstanding warrant(s) of arrest shall be vacated as of the date of the dismissal.

/s/ Charles B. Swartwood
UNITED STATES MAGISTRATE JUDGE

---

[1] A copy of which is attached.