UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
            v.               )    Criminal No. 01-MJ-00012-LPC
                             )
HENRY GONZALES,              )
                             )
            Defendant.       )

STATUS REPORT

In response to the Court's Order of February 25, 2005, the United States reports the above-captioned matter is still active and requests the matter remain open.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

        By:

                    _____
                    JAMES D. HERBERT
                    Assistant U.S. Attorneys
                    United States Courthouse
                    1 Courthouse Way, Suite 9200
                    Boston, MA    02210